IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE NUGARA, | ) | 4:03CV3223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NEBRASKA ASSOCIATION OF | ) | |
| PUBLIC EMPLOYEES, AMERICAN | ) | |
| FEDERATION OF STATE, COUNTY, | ) | |
| AND MUNICIPAL EMPLOYEES | ) | |
| LOCAL 61, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

(1) The Plaintiff's motion to extend the deadline for submitting the parties' joint stipulation for dismissal (filing 117) is granted;

(2) On or before June 1, 2005, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case.

DATED this 2nd day of May, 2004.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge